[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-12883
Non-Argument Calendar
_____

D.C. Docket No. 2:18-cr-00109-MHT-SMD-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTONIO OSCAR TATUM,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Alabama
_____

(August 25, 2020)

Before JORDAN, GRANT and LUCK, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Tatum's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F.2d 1343, 1350-51 (11th Cir. 1993) (holding that a sentence appeal waiver will be enforced if it was made knowingly and voluntarily).